

Contractor:   Carmazzi, Inc. dba



1026 Florin Rd. #384, Sacramento, CA 95831
**Toll Free:**  888.452.6543
**Fax:**  866.648.3431
**Web Site:**  www.carmazzi.com
**Contract Administration:**  Angela Carmazzi
**Email:**  sales@carmazzi.com

## Professional Services Schedule
**Federal Supply Group:** OOCORP      **Class:**  R608



Contract  GS-10F-0504X

**Contract Period:**  from October 12, 2016 through October 11, 2021
**Option Modification #** PO-0013, Period 1
**Business Size:**     Small, Disadvantaged, Minority, Woman Owned Business,
WOSB, EDWOSB

**Pricelist current through modification PS-0010, Dec 23, 2014**

For more information on ordering from Federal Supply Schedules click on the FSS Schedules button at
**http://www.gsa.gov/schedules-ordering**

 **CARMAZZI**
GLOBAL SOLUTIONS

# CUSTOMER INFORMATION:

**1a.** **Table of Awarded Special Item Number(s) with appropriate cross-reference to page numbers:**
382-1/1RC, 382-2/2RC, 382-5/5RC

**1b.** **Identification of the lowest priced model number and lowest unit price for that model for each special item number awarded in the contract. This price is the Government price based on a unit of one, exclusive of any quantity/dollar volume, prompt payment, or any other concession affecting price. Those contracts that have unit prices based on the geographic location of the customer, should show the range of the lowest price, and cite the areas to which the prices apply.**

**1c.** **If the Contractor is proposing hourly rates a description of all corresponding commercial job titles, experience, functional responsibility and education for those types of employees or subcontractors who will perform services shall be provided. If hourly rates are not applicable, indicate "Not applicable" for this item.**

**2.** **Maximum Order:** $1,000,000.00

**3.** **Minimum Order:** $100.00

**4.** **Geographic Coverage (delivery area):** Domestic only

**5.** **Point(s) of production (city, county, and state or foreign country):** Same as company address

**6.** **Discount from list prices or statement of net price:** Government net prices (discounts already deducted). See Attachment.

**7.** **Quantity discounts:** None Offered

**8.** **Prompt payment terms:** Net 30 days

**9a.** **Notification that Government purchase cards are accepted up to the micro-purchase threshold:** Yes

**9b.** **Notification whether Government purchase cards are accepted or not accepted above the micro-purchase threshold:** Will accept over $3,000

**10.** **Foreign items (list items by country of origin):** None

**11a.** **Time of Delivery (Contractor insert number of days):** Specified on the Task Order

**11b.** **Expedited Delivery. The Contractor will insert the sentence "Items available for expedited delivery are noted in this price list." under this heading. The Contractor may use a symbol of its choosing to highlight items in its price list that have expedited delivery:** Contact Contractor

**11c.** **Overnight and 2-day delivery. The Contractor will indicate whether overnight and 2-day delivery are available. Also, the Contractor will indicate that the schedule customer may contact the Contractor for rates for overnight and 2-day delivery:** Contact Contractor

**11d.** **Urgent Requirements. The Contractor will note in its price list the "Urgent Requirements" clause of its contract and advise agencies that they can also contact the Contractor's representative to effect a faster delivery:** Contact Contractor

 **CARMAZZI** GLOBAL SOLUTIONS

12. **F.O.B Points(s):** Destination

13a. **Ordering Address(es):** Same as Contractor

13b. **Ordering procedures:** For supplies and services, the ordering procedures, information on Blanket Purchase Agreements (BPA's), and a sample BPA can be found at the GSA/FSS Schedule homepage (fss.gsa.gov/schedules).

14. **Payment address(es):** Same as company address

15. **Warranty provision.:** Contractor's standard commercial warranty.

16. **Export Packing Charges (if applicable):** N/A

17.   **Terms and conditions of Government purchase card acceptance (any thresholds above the micropurchase level):** Contact Contractor

18. **Terms and conditions of rental, maintenance, and repair (if applicable):** N/A

19. **Terms and conditions of installation (if applicable):** N/A

20. **Terms and conditions of repair parts indicating date of parts price lists and any discounts from list prices (if applicable):** N/A

20a. **Terms and conditions for any other services (if applicable):** Contact Contractor.

21. **List of service and distribution points (if applicable):** N/A

22. **List of participating dealers (if applicable):** N/A

23. **Preventive maintenance (if applicable):** N/A

24a. **Environmental attributes, e.g., recycled content, energy efficiency, and/or reduced pollutants:** N/A

24b. **If applicable, indicate that Section 508 compliance information is available on Electronic and Information Technology (EIT) supplies and services and show where full details can be found (e.g. contactor's website or other location.) The EIT standards can be found at:** www.Section508.gov/.

25. **Data Universal Numbering System (DUNS) number:** 17-1339687

26. **Notification regarding registration in Central Contractor Registration (CCR) database:** Registered

27. **The Service Contract Act (SCA) is applicable to this contract and the SCA matrix and narrative below are incorporated into this contract** and must be included in the Contractor's price catalog on GSA Advantage.

| SCA Eligible Contract Labor Category | SCA Equivalent Code Title | WD Number |
|---|---|---|
| Interpreter/Translator/Foreign | 30110 FOREIGN LANGUAGE | 1987-0989 |

 **CARMAZZI**
GLOBAL SOLUTIONS

| Language | TRANSLATOR | |
|---|---|---|
| Interpreter/Sign Language | 30130 INTERPRETER (Sign Language) | 1988-0742 |
| Sound Technician | 13110 VIDEO TELECONFERENCE TECHNICIAN | 05-2055 |

The Service Contract Act (SCA) is applicable to this contract and it includes SCA applicable labor categories. The prices for the cited SCA labor categories are based on the U.S. Department of Labor WD Number(s) identified in the SCA matrix.  The prices offered are based on the preponderance of where work is performed and should the Contractor perform in an area with lower SCA rates, resulting in lower wages being paid, the task order prices will be discounted accordingly.



# Table of Contents

CUSTOMER INFORMATION: ........................................................................................................... 2

Table of Contents ........................................................................................................................ 5

SIN 382 1 Translations Services ................................................................................................. 6

    Document Translation Fees ...................................................................................................... 6

        LABOR/SERVICE  CATEGORY/TASK  DESCRIPTIONS: ...................................................... 6

        CAT Tool Discounts............................................................................................................... 7

        Volume Discounts................................................................................................................. 8

        Rush* Fees............................................................................................................................ 8

    Additional Services Fees for *All Languages** ......................................................................... 9

        LABOR/SERVICE  CATEGORY/TASK  DESCRIPTIONS: .................................................... 10

    Website (HTML) & Online Document Translation with Typesetting, Textbook and Audio Script Translation ............................................................................................................................... 12

    Multimedia, Audio and Subtitling Fees .................................................................................. 12

    Document Translation Language List ..................................................................................... 14

SIN 382 2 Interpretation Services ............................................................................................. 15

    On-Site Interpretation Fees*................................................................................................... 15

        Language Categories: ........................................................................................................ 17

        LABOR/SERVICE  CATEGORY/TASK  DESCRIPTIONS: .................................................... 17

    Telephonic Interpretation Fees............................................................................................... 18

    On-Site & Telephonic Interpretation Language List ................................................................ 18

    Simultaneous Interpretation Equipment Fees ........................................................................ 20

        LABOR/SERVICE  CATEGORY/TASK  DESCRIPTIONS: .................................................... 20

        EQUIPMENT ...................................................................................................................... 21

SIN 382 5 Services for the Visual and Hearing Impaired........................................................... 21

    On-Site ASL Interpretation Fees*............................................................................................ 21

        LABOR/SERVICE  CATEGORY/TASK  DESCRIPTIONS: .................................................... 22

 **CARMAZZI** GLOBAL SOLUTIONS

## SIN 382 1 Translations Services

### Document Translation Fees

| Year 6 Document Translation Pricing Per Word (unless it states otherwise). | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Translation Subject Matter & Type** | **Group A** | **Group B** | **Group C** | **Group D** | **Group E** | **Group F** | **Group G** |
| Standard General Translation* | $0.18 | $0.20 | $0.21 | $0.23 | $0.26 | $0.28 | $0.31 |
| Premium General Translation** | $0.21 | $0.25 | $0.26 | $0.27 | $0.29 | $0.33 | $0.34 |
| Year 7 Document Translation Pricing Per Word (unless it states otherwise). | | | | | | | |
| Standard General Translation | $0.19 | $0.21 | $0.22 | $0.23 | $0.27 | $0.29 | $0.31 |
| Premium General Translation | $0.22 | $0.26 | $0.27 | $0.28 | $0.30 | $0.34 | $0.35 |
| Year 8 Document Translation Pricing Per Word (unless it states otherwise). | | | | | | | |
| Standard General Translation | $0.19 | $0.21 | $0.23 | $0.24 | $0.27 | $0.30 | $0.32 |
| Premium General Translation | $0.23 | $0.26 | $0.27 | $0.29 | $0.31 | $0.34 | $0.36 |
| Year 9 Document Translation Pricing Per Word (unless it states otherwise). | | | | | | | |
| Standard General Translation | $0.19 | $0.22 | $0.23 | $0.24 | $0.28 | $0.30 | $0.33 |
| Premium General Translation | $0.23 | $0.27 | $0.28 | $0.29 | $0.32 | $0.35 | $0.37 |
| Year 10 Document Translation Pricing Per Word (unless it states otherwise). | | | | | | | |
| Standard General Translation | $0.20 | $0.22 | $0.24 | $0.25 | $0.29 | $0.31 | $0.34 |
| Premium General Translation | $0.24 | $0.27 | $0.29 | $0.30 | $0.32 | $0.36 | $0.37 |

| Languages | Unit Price | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|
| **General Editing/Proofreading Hourly Rate/Linguistic Quality Assurance** | | | | | | |
| Group A-G | Hourly | $73.54 | $75.38 | $77.27 | $79.20 | $81.18 |
| Group F | Hourly | $73.54 | $75.38 | $77.27 | $79.20 | $81.18 |

## LABOR/SERVICE  CATEGORY/TASK  DESCRIPTIONS:

**Option 1: Standard Translation***



**(\*) Standard Translation** - The document is translated by one professional native-language translator proofing himself/herself.  CGS qualified linguists have a minimum of 5 years professional translation experience AND a *University Degree in Translation and/or ATA Certified*, and have received additional quality verification including language assessments to ensure that they meet Carmazzi's high expectations for quality, professionalism and customer service.

**Option 2: Premium Translation\*\***

**(\*\*) Premium Translation** - A team of one native professional translator, one proofreader and one editor is engaged for this type of translation. The proofreader checks the document not only for spelling and grammatical mistakes but also to make certain that the translation conforms to the original in tone, and content, and that it is consistent throughout (this is especially important on large projects where more than one translator may be used).

**Specific Skills Pertinent to Translators, Engineers, Terminologist, etc.**

- Unconditional commitment to quality and deadlines
- In-country native speakers (translators offering more than one target language are not included in the selection process)
- University Degree in Translation (or equivalent qualification level) and/or at least 5 years experience as a professional translator
- Excellent command of both, source and target languages
- Proven track-record in translation
- Excellent command of one or more translation memory tools, including Computer-Assisted Translation Software, such as Trados®.
- Native-level mastery of both languages (English and the foreign language).
- An extensive vocabulary ranging from formal language to colloquialisms and slang.
- Extensive industry-specific terminology, including medical, and legal, etc.
- Understanding of the role of interpreter (**conduit,** not a problem solver).
- Adherence to professional industry ethics/standards.
- Membership in and/or accreditation by a professional association, including ATA or similar.
- Prior experience in applicable industries or market sectors.

**CAT Tool Discounts**

| Computer Aided Translation (CAT) Tool Rates | |
|---|---|
| 100% matches and repetitions* | Discount of 70% base rate |
| 95% - 99% matches | Discount of 50% base rate |
| 85% - 94% matches | Discount of 35% base rate |
| 75% - 84% matches | Discount of 10% base rate |
| 50% - 74% matches | Standard rate based on tiered pricing |
| *Provided 100% matches do not require any changes. | |



CAT means "Computer Aided Translation". A CAT tool is a computer program that helps to translate text documents more efficiently through <u>four</u> main functions:

1    A CAT tool segments the text to be translated in segments (sentences) and presents the segments in a convenient way, to make translating easier and faster.

2    The translation of each segment is saved together with the source text. Source text and translation will always be treated and presented as a translation unit (TU). You can return to a segment at any time to check the translation. There are special functions which help to navigate through the text and to find segments which need to be translated or revised (quality control).

3    The main function of a CAT tool is to save the translation units in a database, called translation memory (TM), so that they can be re-used for any other text, or even in the same text. Through special "fuzzy search" features the search functions of CAT tools even find segments which do not match 100%. This saves a lot of time and effort and helps to make a coherent and consistent translation.

4    The fourth basic function of a CAT tool is the automatic look-up in terminology databases, and the automatic display and insertion of the search results.

## Volume Discounts

| Volume* Discount | Additional Discount |
|---|---|
| >10,000 words | 5% |
| >25,000 words | 10% |
| >50,000 words | 15% |
| Per Project/Per Language | |

*This is taken from the overall project total.

## Rush* Fees

| Rush Fees | Increase of Total Project Cost |
|---|---|
| <2,000 words/working day | 0% |
| >2001 + words/working day | 40% |
| Deadline within 24 hours | 25% |

 **CARMAZZI**
GLOBAL SOLUTIONS

*Basically, a general translator can translate 2,000 words per day, if the client requires us to translate more than that per day we would have to bill a rush fee. For example, if the client needs us to translate 3,000 words and get it back to them within 1 day, we would bill 25% rush fee.

*Charges for standard delivery translation rates are based on 2,000 words per business day in any language. A business day is defined as Monday through Friday from 8am to 5pm with exception for holidays.*

## Additional Services Fees for *All Languages**

| Service Description | | | | | | |
|---|---|---|---|---|---|---|
| **Desktop Publishing** | **Unit Price** | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** |
| Word Layout and formatting | page | $9.05 | $9.28 | $9.51 | $9.75 | $9.99 |
| Different Image Formats: Graphic, diagrams, tables & illustrations | unit | $13.58 | $13.92 | $14.26 | $14.62 | $14.99 |
| Desktop Publishing Pre/Post Processing | hour | $67.89 | $69.59 | $71.32 | $73.11 | $74.94 |
| Layout and formatting – InDesign | page | $20.36 | $20.87 | $21.40 | $21.93 | $22.48 |
| Layout and formatting – Publisher | page | $16.97 | $17.40 | $17.83 | $18.28 | $18.73 |
| Layout and formatting – QuarkXpress | page | $20.36 | $20.87 | $21.40 | $21.93 | $22.48 |
| Layout and formatting - PowerPoint | slide | $9.05 | $9.28 | $9.51 | $9.75 | $9.99 |
| **Engineering** | **Unit Price** | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** |
| Software Engineering | hourly | $124.45 | $127.57 | $130.76 | $134.02 | $137.37 |
| Engineering Pre/Post Processing | hourly | $96.17 | $98.57 | $101.03 | $103.56 | $106.15 |
| **Testing (Web Apps & Software)** | **Unit Price** | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** |
| Linguistic/cosmetic testing | hourly | $76.53 | $78.44 | $80.40 | $82.41 | $84.47 |
| **Terminology Management** | **Unit Price** | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** |
| Additional term | unit | $4.53 | $4.64 | $4.75 | $4.87 | $5.00 |
| **Linguistic Asset Maintenance and Administration** | **Unit Price** | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** |
| Alignment/Creation of TM & TM Maintenance | hourly | $73.54 | $75.38 | $77.26 | $79.20 | $81.18 |
| Project Management fee | Flat fee per project | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 |
| Copy Writing | Hourly | $96.17 | $98.57 | $101.03 | $103.56 | $106.15 |
| Notarized Certificate of Accuracy | Unit | $11.31 | $11.60 | $11.89 | $12.18 | $12.49 |



\* Additional Service Fees applies to all language groups, industry standards does not associate these services with a particular language, that is why it is the same price no matter what the language is.

## LABOR/SERVICE  CATEGORY/TASK  DESCRIPTIONS:

**Desktop Publishing:**  The Desktop publisher has a 2 or 4 year degree in a relevant field of study or 5 years experience in the industry. They are responsible for using specific design software applications (InDesign, Quark, Publisher, etc.) to combine text and graphic images to create an electronic document (booklets, brochures, newsletters, etc.).

**Engineering:**  The localization engineer has over 10 years of experience and is required to have a bachelor's degree or higher education. Localization engineering oversees the technical logistics of software translation/localization projects. These tasks include synchronizing updates to software applications, websites, help, etc., testing of localized content within the user setting, and modifying the formatting to address text expansion. CGS has had over 10 years experience in localization engineering with projects ranging from medical software application localization to website development.

**Engineering Pre/Post Processing** is the preparation work completed in order to receive the quote that the Software Engineer will go through and ensure the files are localized correctly as explained above under Engineering.

**Testing (Web Apps & Software):** All Testing is completed by target language translators who have bachelor's degrees or higher education and are subject matter experts.

Cosmetic testing ensures that the localization process did not cause any visual errors. The aesthetic appeal of the localization is also assessed during this process. The issues that will be verified during this testing include extraneous content, text truncation, and text overrun.

Functional testing: Functionality problems can be introduced during the localization process. To identify such errors, some of the basic operations that are commonly tested on the target platform are: install, installation modification, and uninstall; menu functions and hot keys; core application functions, localized input device functionality (international keyboards and layouts, if applicable), regional default settings, such as paper size, date/time, and currency formats; copy and pasting of special characters into and out of the application; document transferability; and compatibility testing of the localized version with commonly used applications of the target market.

Linguistic testing is the largest component of localization testing. Linguistic errors are also the most common errors in localization. Some of the key linguistic errors that are checked during this process are, among others, missing content, spelling errors, accuracy of translation, translation consistency, language style, punctuation, local conventions and literal vs. functional translation that will verify the translation is not just "word for word" but also adheres to the grammatical rules of the target language.



CGS has over 10 years of experience with testing projects ranging from cosmetic to technical.

**Terminology Management**: A terminologist will pull key terms from the source files in English. These terms will be approved by the Client before going to translation. Once translation of key terms is completed, the Client will be required to approve the translation and the final glossary will be completed. The glossary is a list of words and their respective definitions that explain difficult, technical, course-specific, company-specific, or industry-specific terms, and will be prepared at the start of the project. This glossary will help guide the linguists in understanding the meaning and context for each of the specialized terms so that they can, in turn, select the best translation. Terminologist and translators are required to have a bachelor's degree and be subject matter experts. CGS has over 10 years of experience in terminology management for both government and corporate clients.

**Linguistic Asset Maintenance and Administration:** As the result of any translation project completed outside of a Computer Aided Tool (CAT), a large quantity of text is created which is nearly impossible to use efficiently in the source format (PDFs, MS Office documents, desktop-design files). Therefore, these materials cannot be used to its maximum capacity. The active use of translation archives on future projects is now made possible by the preparation of a Translation Memory (TM) on the basis of previously translated materials. The process of creating a TM from existing translated materials is called an Alignment and includes both justification and verification. The Alignment consists of the comparison of original strings (sentences) with corresponding translated strings (sentences) verification of the conformity of input and output strings and, if necessary, verification of translated strings for accuracy. Subsequently the process of pre-translation (the placing of previously translated lines, sentences, and paragraphs) eliminates the need to spend valuable time on re-translating previously translated texts and from paying several times for the same work, while obtaining a stylistically matched solution. By creating the TM, a client is able to retain previously translated material and leverage it to lower costs as well as maintain the consistency of the translation. CGS has over 10 years of experience in aligning and TM creation.  This is completed by a translator since they need to be able to read the language pairs in order to align them. See above for education/experience requirements.

**Project Management:** A dedicated project manager will be assigned from project start to finish. All Client communication (via e-mail, phone, conference calls, etc.) will be taken care of through the project manager. The project manager will build a project scope, schedule, and budget; will assign resources as needed, and will maintain status reports, query logs, and all other documentation as needed to ensure the project is completed within the set standards. CGS Project Managers have over 5 years experience in localization/translation and are required to have a bachelor's degree.

**Copy Writing:** A professional copy writer with knowledge and experience in the subject matter will re-write the source to be appropriate for the locale / target audience. CGS requires all copy writers to have their bachelor's degree or higher, be a subject matter expert, and over 5 years experience.  The individual would need to know the specific language that needs this service; in some cases we re-write the English source to a lower level to meet the target audience's reading level. It could be done for any other language as well depending on the scope of the project.


**CARMAZZI**
GLOBAL SOLUTIONS

## Website (HTML) & Online Document Translation with Typesetting, Textbook and Audio Script Translation fees are determined based on the standard or technical rates, not the file type. Project managers will make the determination of whether the content of each file is standard or technical.

## Multimedia, Audio and Subtitling Fees

| Multimedia Services | Unit Price | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|
| Narrative & Voice-Over Recording* | | | | | | |
| *(Voice recording in any language. Fully digital, industrial strength ProTools recording system, lock-to-Betacam, SP capabilities, time coded DAT, Neumann microphone, Industrial Acoustics sound booth.)* | | | | | | |
| Group A | First Hour | $452.56 | $463.88 | $475.47 | $487.36 | $499.55 |
| Group B | First Hour | $565.70 | $579.85 | $594.34 | $609.20 | $624.43 |
| Group C - G | First Hour | $622.28 | $637.84 | $653.78 | $670.13 | $686.88 |
| Narrative & Voice Over Recording (2nd hour/additional hours)** | | | | | | |
| Group A | hour | $254.57 | $260.93 | $267.45 | $274.14 | $280.99 |
| Group B | hour | $282.85 | $289.92 | $297.17 | $304.60 | $312.22 |
| Group C- G | hour | $339.42 | $347.91 | $356.61 | $365.52 | $374.66 |
| Bilingual Production Supervisor*** | | | | | | |
| *(In–house director and supervisor to manage production of high quality recording)* | | | | | | |
| Group A | First 3 Hours | $339.42 | $347.91 | $356.61 | $365.52 | $374.66 |
| Group B | First 3 Hours | $395.99 | $405.89 | $416.04 | $426.44 | $437.10 |
| Group C - G | First 3 Hours | $452.56 | $463.88 | $475.47 | $487.36 | $499.55 |
| Bilingual Production Supervisor  (additional hours) | | | | | | |
| Group A | hour | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 |
| Group B | hour | $141.43 | $144.96 | $148.59 | $152.30 | $156.11 |
| Group C - G | hour | $169.71 | $173.95 | $178.30 | $182.76 | $187.33 |
| Audio & Video Pre/Post Production in Any Language | | | | | | |
| *(Overall project assessment including identification of Professional Voice Talents comparable to project goals, Research and provision of Voice Talent demo recordings from voice bank, Provision of Voice Talent demo recordings utilizing an excerpt from client script, Casting Voice Talent, Selection of team components, tools and software to be used,  and Editing & Mastering of final recorded script)* | | | | | | |
| Group A-G | First Hour | $282.85 | $289.92 | $297.17 | $304.60 | $312.22 |
| Script transcription Min $45 (up to 10 minutes) / $4.50 per minute in Any Language | | | | | | |
| *(Transcription of English audio script into a script template)* | | | | | | |
| Group A-G | 10 minute maximum | $50.91 | $52.19 | $53.49 | $54.83 | $56.20 |
| Script transcription additional minutes | | | | | | |



| Group A-G | minute | $5.09 | $5.22 | $5.35 | $5.48 | $5.62 |
|---|---|---|---|---|---|---|
| **Subtitling (Closed Captioning) and DVD Authoring In Any Language** | | | | | | |
| Final Cut Pro video editing station. DVD Studio Pro. Formats include DVCAM, mini DV and Betacam SP. | | | | | | |
| Group A-G (5 minute maximum) | minute | $20.45 | $20.96 | $21.48 | $22.02 | $22.57 |
| **Voicemail Retrieval (Transcription & Translation) in Any Language** | | | | | | |
| Group A-G | Daily | $311.13 | $318.91 | $326.88 | $335.05 | $343.43 |
| **Voicemail Retrieval (Transcription & Translation) in Any Language** | | | | | | |
| Group A-G | Bi-monthly | $905.13 | $927.75 | $950.95 | $974.72 | $999.09 |
| **Voicemail Recording (does not include cost for translation of script)** | | | | | | |
| Group A | hourly | $96.17 | $98.57 | $101.04 | $103.56 | $106.15 |
| Group B-G | hourly | $90.36 | $92.62 | $94.94 | $97.31 | $99.74 |

**\* Narrative & Voice-Over Recording, first hour:** The first hour is higher than the second hour in that the voice-over talent must read through the script, prep for the recording, then record. The Voice over talent will be chosen by the Client based on sample audio files, they will be well versed in the target language and available to record the audio files and 1 round of edits.

**\*\*Narrative & Voice-Over Recording (2nd hour/additional hours):** the rate is lower since the recording should now be in progress and prep work is no longer needed. This includes the cost for time in studio and the voice over talent's time.

**\*\*\*Bilingual Production Supervisor:** This individual will be bilingual with at least a bachelor's degree and minimum 2 years experience in professional audio recording.  The Bilingual Production Supervisor is on hand to prep the audio script to ensure the correct tone is used, pronunciation is correct, rate of speech is accurate. This individual is the In–house director and supervisor to manage production of high quality recording.

**Audio & Video pre/post production** - Overall project assessment including identification of Professional Voice Talents comparable to project goals, research and provision of Voice Talent demo recordings from voice bank, Provision of Voice Talent demo recordings utilizing an excerpt from client script, Casting Voice Talent, Selection of team components, tools and software to be used,  and Editing & Mastering of final recorded script.

**Script Transcription including additional minutes** - This task is performed by a transcriptionist who may or may not be bilingual depending on the scope of the project. Audio files are received and sent to the transcriptionist to listen and transcribe into a Word file or template.  See educational experience for translators.

**Subtitling (Closed Captioning)** – Upon receipt of the final script for the video file, a localization engineer will use one of the suitable programs to process the video file (Final Cut Pro video editing



station. DVD Studio Pro. Formats include DVCAM, mini DV and Betacam SP). The subtitles will be timed exactly to the video audio. See educational experience for engineers.

**Voicemail Retrieval** – Audio files are either emailed or translators are provided with access to the voicemail line to listen on a daily, weekly, biweekly, or monthly basis. Translators will transcribe and translate the message into the requested target language using a template established. See educational experience for translators.

**Voicemail Recording** – A translator will log onto the voicemail line with the translated script (cost not included for translating script) and record the message. The client will then listen to the message to approve it. See educational experience for translators.

## Document Translation Language List

| Group A | Group B | Group C | Group D | Group E | Group F | Group G |
|---------|---------|---------|---------|---------|---------|---------|
| Spanish (Latin America) | Albanian | Armenian | Azeri | Damara | Afrikaans | Alcholi |
| | Arabic | Assamese | Burmese | Danish | Amharic | Akan |
| | Belarusian | Baluchi | Cambodian | Fijian | Bushman | Bantu |
| | Bosnian | Bangla | Georgian | Guarani | Dinka | Bété |
| | Bulgarian | Bashkir | Hmong | Haitian-Creole | Eskimo | Chaldean |
| | Catalan | Bengali | Icelandic | Ibo | Finnish | Kannada |
| | Chinese (Simplified) | Bhojpuri | Ilocano | Irish | Greenlandic | Kikongo |
| | Croatian | Cantonese | Khmer | IsiSepedi | Ghanian | Kikuyu |
| | Czech | Dari | Konkani | Japanese | Hausa | Kirundi |
| | English (UK) | Dogri | Kyrgyz | Kazahk | Igbo | Kisii |
| | French (Canada & France) | Dutch | Maithili | Kiswal | Kinyarwandan | Krio |
| | Hungarian | Estonian | Maltese | Korean | Kurdish | Laotian |
| | Italian | Farsi (Persia) | Manipuri | Latvian | Lingala | Laur |
| | Latin | Flemish | Marathi | Marshallese | Lugandan | Luo |
| | Lithuanian | German | Mizo | Masai | Nahuatl | Lutora |
| | Polish | Greek | Mongolian | Mien | Ndebele | Mandinka |
| | Portuguese (Brazil) | Gujarati | Nepalese | Siswati | Norwegian | Mauritian-Creole |
| | Spanish (Europe) | Hebrew | Northern Sotho | Swedish | Nuer | Papiamento |
| | Russian | Hindi | Oriya | Tajik | Oromo | Seychelles-Creole |
| | Serbian | Indonesian (Bahasa Malaysian) | Pashtu | Tatar | Shona | Wolof |
| | Slovak | Macedonian | Samoan | Tshivenda | Somali | |
| | Slovenian | Malagasy | Sanskrit | Turkmen | Swahili | |
| | Turkish | Malay | Sesotho | Xitsonga | Tigrinya | |
| | Ukrainian | Malayalam | Setswana | | Twi | |



| | | Persian | Sindhi | | Yoruba |
|---|---|---|---|---|---|
| | | Portuguese (Portugal) | Southern Sotho | | Zulu |
| | | Punjabi | Swazi | | |
| | | Romanian | Tagalog | | |
| | | Taiwanese (Traditional Chinese) | Tamil | | |
| | | Thai | Telegu | | |
| | | Urdu | Tibetan | | |
| | | Vietnamese | Tsonga | | |
| | | Welsh | Tswana | | |
| | | Yiddish | Uzbek | | |
| | | | Venda | | |
| | | | Xhosa | | |

## SIN 382 2 Interpretation Services

### On-Site Interpretation Fees*

| Year 6 On-Site Interpretation Rates | |
|---|---|
| **Language Category** | **Hourly Rate** |
| Consecutive Interpretation | |
| Category I– *Qualified* | $56.73 |
| Category II– *Qualified* | $104.09 |
| Category III– *Qualified* | $117.67 |
| Category I – *Certified* | $87.12 |
| Category II – *Certified* | $126.72 |
| Category III – *Certified* | $140.29 |
| Simultaneous** & Escort Interpretation | |
| Category I | $109.75 |
| Category II | $128.27 |
| Category III | $144.81 |
| Year 7 On-Site Interpretation Rates | |
| Consecutive Interpretation | |
| Category I– *Qualified* | $58.15 |
| Category II– *Qualified* | $106.69 |
| Category III– *Qualified* | $120.61 |
| Category I – *Certified* | $89.30 |
| Category II – *Certified* | $129.89 |
| Category III – *Certified* | $143.80 |
| Simultaneous** & Escort Interpretation | |

 **CARMAZZI** GLOBAL SOLUTIONS

| Category I | $112.49 |
|---|---|
| Category II | $131.48 |
| Category III | $148.43 |

| **Year 8 On-Site Interpretation Rates** | |
|---|---|
| **Consecutive Interpretation** | |
| Category I– Qualified | $59.61 |
| Category II– Qualified | $109.36 |
| Category III– Qualified | $123.62 |
| Category I – Certified | $91.53 |
| Category II – Certified | $133.14 |
| Category III – Certified | $147.40 |
| **Simultaneous** & Escort Interpretation** | |
| Category I | $115.31 |
| Category II | $134.76 |
| Category III | $152.14 |

| **Year 9 On-Site Interpretation Rates** | |
|---|---|
| **Consecutive Interpretation** | |
| Category I– Qualified | $61.10 |
| Category II– Qualified | $112.09 |
| Category III– Qualified | $126.72 |
| Category I – Certified | $93.82 |
| Category II – Certified | $136.46 |
| Category III – Certified | $151.08 |
| **Simultaneous** & Escort Interpretation** | |
| Category I | $118.19 |
| Category II | $138.13 |
| Category III | $155.95 |

| **Year 10 On-Site Interpretation Rates** | |
|---|---|
| **Consecutive Interpretation** | |
| Category I– Qualified | $62.62 |
| Category II– Qualified | $114.90 |
| Category III– Qualified | $129.88 |
| Category I – Certified | $96.16 |
| Category II – Certified | $139.88 |
| Category III – Certified | $154.86 |
| **Simultaneous** & Escort Interpretation** | |
| Category I | $121.14 |
| Category II | $141.58 |
| Category III | $159.85 |

| **On-Site Interpretation Additional Fees – Any Language** | | | | |
|---|---|---|---|---|
| | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
| Emergency Charge | $20.65 | $21.17 | $21.70 | $22.24 | $22.80 |
| After-Hours Charge | $22.63 | $23.19 | $23.77 | $24.37 | $24.98 |

 **CARMAZZI** GLOBAL SOLUTIONS

| Weekends Charge | $20.65 | $21.17 | $21.70 | $22.24 | $22.80 |
| Holidays Charge | $20.65 | $21.17 | $21.70 | $22.24 | $22.80 |

**Language Categories:**

**Category I:** Spanish.

**Category II:** Catalan, Croatian, Czech, Danish, Dutch, English (UK), French (Canada & France), French (Creole), Gaelic (Scottish), Galician, Georgian, German, Haitian Creole, Hungarian, Italian, Polish, Portuguese (Brazilian & Portugal), Romanian, Russian, Serbo-Croatian, Ukrainian & Welsh.

**Category III:** Acholi, Afar, Afrikaans, Akan, Albanian, Alcholi, Amharic, Arabic, Armenian (Eastern & Western), Asante, Assamese, Assyrian, Azerbaijani, Bahasa Malaysian (Indonesian), Banbara, Bandjoun, Bangla/Bengali, Basque, Belarussian, Berber, Bosnian, Bravanese, Bulgarian, Burmese, Byelorussian, Cambodian (Khmer), Cantonese, Cebuano, Chaldean, Chamorro, Chinese, Dari, Dinka, Esperanto, Estonian, Ewe, Fante, Farsi (Afghan & Persian), Filipino, Finnish, Figian, Flemish, Fuchow, Fukienese, Fulani, Fuzhou, Ga, Greek, Greenlandic, Gujarati, Hakka, Hausa, Hebrew, Hindi, Hmong, Ibo, Icelandic, Igbo, Ilocano, Iraqi Arabic, Japanese, Javanese, Jula, Kachchi, Kannada, Karen, Kashmiri, Kazakh, Kinyarwanda, Kirghiz, Kirundi, Kongo, Korean, Krio, Kurdish (Bahdini, Kurmanji & Sorani), Kyrgyz, Laotian, Latvian, Lingala, Lithuanian, Luganda, Macedonian, Mai Mai, Malagasy, Malay, Malayalam, Malaysian, Mali, Maltese, Mam (Myam), Mandarin, Mandinga, Mandinka, Marathi, Marshallese, Mien, Mirpuri, Mixteco Alto, Moldavian, Mongolian, Mulam, Mwini, Nahuati, Ndebele, Neapolitan, Nepali, Norwegian, Nuer, Oriya, Oromifa, Oromo, Pahari, Pangasinan, Papiamento, Pashto, Pashtu, Pidgin-Nigerian, Pothwari, Pulaar, Punjabi, Quechua, Rwanda, Samoan, Serbian, Shanghai, Shanghainese, Shona, Sinhala, Sinhalese, Slovak, Slovene, Somali, Sorani, Soso, Sotho, Sudanese, Swahili, Swati, Swedish, Sylheti, Tagalog, Taiwanese, Tajik, Tamil, Tatar, Tausug, Telugu, Tetun, Thai, Thmne, Tibetan, Tigrinya, Tongan, Triqui, Trukese, Tshiluba, Turkish, Turkmen, Twi, Uighur, Ukrainian, Urdu, Uzbek, Vietnamese, Visaya, Wolof, Wu, Xhosa, Yiddish, Yoruba, Yugoslavian & Zulu.

**LABOR/SERVICE  CATEGORY/TASK  DESCRIPTIONS:**

**Consecutive Interpretation:** Oral translation of a speaker's words into another language when the speaker has finished speaking or pauses for interpreting. More formal than ad hoc interpreting and used, for example, in formal business meetings, for negotiations, training sessions or lectures. CGS utilizes both Qualified and Certified interpreters to perform consecutive interpretation requests on customer site.

Qualified interpreters have not yet attained an interpretation certification from an industry recognized certifying organization, or a certification does not yet exist for their language pairs. CGS qualified linguists have a minimum of 5 years interpretation experience AND a University Degree, and have received additional quality verification including language assessments to ensure that they meet



Carmazzi's high expectations for quality, professionalism and customer service. *Qualified Interpreters do not usually have the expertise and experience required to perform simultaneous and escort Interpreting assignments; therefore, CGS does not utilize qualified interpreters in these settings. As such no rates for Qualified Simultaneous and Escort Interpreting are provided.*

Certified interpreters have completed formal training curriculum by an industry recognized organization and have **successfully passed a credentialed test to certify their language capabilities**. Most states have or are developing court certification programs and testing for interpreters. The California Healthcare Interpreting Association and American Translators Association also offer interpreter certifications. However, not all languages are available for certification. CGS certified linguists have a minimum of 5 years interpretation experience AND a University Degree, and have received additional quality verification including language assessments to ensure that they meet Carmazzi's high expectations for quality, professionalism and customer service.

**Simultaneous** Interpretation:** Oral translation of a speaker's words into another language while the speaker is speaking. The interpreter usually sits in a booth and uses audio equipment on customer site.

**Escort Interpretation:** Oral translation of a speaker's words into another language as an interpreter accompanies a person or group, for example, on a tour or a visit, or to a meeting or interview. This type of interpretation may require portable audio equipment to ensure the whole group hears the dialogue clearly.

## Telephonic Interpretation Fees

| Telephonic Interpretation Rates | | | | | |
|---|---|---|---|---|---|
| | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** |
| **All Languages** | $1.54/minute | $1.58/minute | $1.62/minute | $1.66/minute | $1.70/minute |

## On-Site & Telephonic Interpretation Language List

| | | | |
|---|---|---|---|
| Acholi | French Creole* | Macedonian | Shanghainese |
| Afar | Fuchow* | Mai Mai | Shona |
| Afrikaans | Fukienese | Malagasy | Sinhala |
| Akan | Fulani | Malay | Sinhalese |
| Albanian | Fuzhou | Malayalam | Slovak |
| Alcholi | Ga | Malaysian* | Slovene |
| Amharic | Gaelic (Scottish) | Mali* | Somali |
| Arabic | Galician* | Maltese | Sorani |
| Armenian | Georgian | Mam (Myam)* | Soso |
| Asante | German | Mandarin | Sotho* |
| Assamese | Greek | Mandinga* | Spanish |
| Assyrian | Greenlandic* | Mandinka | Sudanese |

 **CARMAZZI** GLOBAL SOLUTIONS

| | | | |
|---|---|---|---|
| Azerbaijani | Gujarati | Marathi | Swahili |
| Bahasa | Haitian Creole | Marshallese | Swati |
| Banbara* | Hakka | Mien* | Swedish |
| Bandjoun* | Hausa | Mirpuri | Sylheti |
| Basque | Hebrew | Mixteco Alto | Tagalog |
| Belarussian | Hindi | Moldavian* | Taiwanese |
| Bengali | Hmong | Mongolian | Tajik |
| Berber | Hungarian | Mulam | Tamil |
| Bosnian | Ibo | Mwini, dial | Tatar* |
| Bravanese | Icelandic | Nahuati* | Tausug* |
| Bulgarian | Igbo* | Ndebele | Telegu |
| Burmese | Ilocano | Neapolitan | Tetun |
| Byelorussian* | Indonesian | Nepali | Thai |
| Cambodian | Iraqi Arabic* | Norwegian | Thmne |
| Cantonese | Italian | Nuer | Tibetan |
| Catalan | Japanese | Oriya* | Tigrinya |
| Cebuano | Javanese* | Oromifa* | Tonga |
| Chaldean | Jula | Oromo | Tongan |
| Chamorro* | Kachchi | Pahari, dial | Triqui* |
| Chinese | Kannada* | Pangasinan | Trukese |
| Croatian | Karen | Papiamento | Tshiluba |
| Czech | Kashmiri | Pashto | Turkish |
| Danish | Kazakh | Pashtu | Turkmen |
| Dari | Kinyarwanda* | Pidgin-Nigerian | Twi |
| Dinka | Kirghiz | Polish | Uighur* |
| Dutch | Kirundi* | Portuguese - Brazil | Ukrainian |
| English (U.K.) | Kongo | Portuguese - Portugal | Urdu |
| Esperanto | Korean | Pothwari | Uzbek |
| Estonian | Krio | Pulaar | Vietnamese |
| Ewe | Kurdish Bahdini | Punjabi | Visaya* |
| Fante | Kurdish (Kurmanji) | Quechua* | Welsh |
| Farsi (Afghan) | Kurdish Sorani | Romanian | Wolof |
| Farsi (Persian) | Kyrgyz* | Russian | Wu* |
| Filipino | Laotian | Rwanda | Xhosa |
| Finnish | Latvian | Samoan | Yiddish |
| Figian* | Lingala | Serbian | Yoruba |
| Flemish | Lithuanian | Serbo-Croatian | Yugoslavian* |
| French | Luganda | Shanghai | Zulu |
| French Canadian | | | |

(\*) These languages are only available for On-Site Interpretation requests. Availability of Interpreter is based on location and advance notice. All languages available for both On-Site Interpretation and Over the Phone Interpretation (unless otherwise noted).



## Simultaneous Interpretation Equipment Fees

| Radio Frequency Transmitters | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|
| 1 day rental of wireless transmitter | $49.26 | $50.49 | $51.76 | $53.05 | $54.38 |
| 1 week rental of wireless transmitter | $139.42 | $142.91 | $146.48 | $150.14 | $153.89 |
| **Radio Frequency Receivers** | | | | | |
| 1 day rental of receiver | $9.54 | $9.78 | $10.03 | $10.28 | $10.53 |
| 1 week rental of receiver | $25.46 | $26.09 | $26.75 | $27.41 | $28.10 |
| **Interpreter Microphones/Headphones** | | | | | |
| 1 day rental of MIC | $13.29 | $13.63 | $13.97 | $14.32 | $14.67 |
| 1 week rental of MIC | $36.25 | $37.16 | $38.09 | $39.04 | $40.02 |
| **Technicians** | | | | | |
| Event Cost Hourly (including time for set-up & tear-down) | $77.46 | $79.40 | $81.38 | $83.42 | $85.50 |

## LABOR/SERVICE  CATEGORY/TASK  DESCRIPTIONS:

**Audio & Video Equipment Technicians:**  Set-up or set-up and operate audio and video equipment including microphones, sound speakers, video screens, projectors, video monitors, recording equipment, connecting wires and cables, sound and mixing boards, and related electronic equipment for concerts, sports events, meetings, conventions, presentations, and news conference.

Our technician leads the installation teams, ensuring that equipment is installed safely, meets the requirements of the clients and is fully tested. During the meeting the technician operates the system to endure its in optimum operation for clear and natural speech. The other important role of the sound engineer is to facilitate the interface between the interpreters, event organizers, and delegates so the event runs smoothly.

**Job Description:**

- Maintain and clean interpreting equipment
- Diagnose faults and malfunctions
- Carry out minor maintenance work on faulty equipment
- Set up interpreting equipment, PA system and booth on conference site
- Coordinate with Head of Operations to determine schedule for equipment needs
- Maintain inventory of all equipment
- Fits or monitors fitting of equipment to ensure client receives appropriate equipment solution



**Qualifications: Education & Experience:**

- Ability to set up and dismantle equipment safely and professionally
- Minimum of 3yrs experience in equipment management
- Minimum of Diploma in Audio Visual Equipment & Engineering
- Ability to prepare concise and accurate records and reports
- Ability to recognize equipment maintenance needs

**EQUIPMENT**

**Radio Frequency Sound System Transmitters**
Equipment that transmits sound over radio frequencies. Used by the interpreter to transmit the interpretation to the audience. This allows the equipment to be stand-alone rather than needing to interface with the PA system that the conference is using.  Can be worn like a headset.  The Williams Sound wireless transmitter is a stationary system.

**Radio Frequency Receivers**
Equipment that receives transmitted voice of the interpreter.

**Interpreter Microphones/Headphones** are used when a booth is used or when the equipment needs to interface with the PA system the conference is using. The headset allows the interpreter to hear the speaker in there ear w/o background noise or if they were in a booth and transmit through the microphone to those with receivers in the audience.

## SIN 382 5 Services for the Visual and Hearing Impaired

### On-Site ASL Interpretation Fees*

| Language | Hourly Rate |
|---|---|
| Simultaneous & Consecutive Interpretation | |
| Year 6 On-Site Interpretation Rates | |
| American Sign Language (ASL)* | $138.03 |
| Year 7 On-Site Interpretation Rates | |
| American Sign Language (ASL)* | $141.48 |
| Year 8 On-Site Interpretation Rates | |
| American Sign Language (ASL)* | $145.02 |
| Year 9 On-Site Interpretation Rates | |
| American Sign Language (ASL)* | $148.64 |
| Year 10 On-Site Interpretation Rates | |
| American Sign Language (ASL)* | $152.36 |



## LABOR/SERVICE  CATEGORY/TASK  DESCRIPTIONS:

*   All American Sign Language (ASL) requests scheduled to last longer than 1hr will require **a team of 2 interpreters** per Labor Law:
http://www.rid.org/UserFiles/File/pdfs/Standard_Practice_Papers/Drafts_June_2006/Team_Interpreting_SPP.pdf . And http://www.rid.org/UserFiles/File/pdfs/117.pdf In the event a team of interpreters is required the appropriate interpretation rate will be **billed per interpreter**.

**American Sign Language**, or **ASL**, is the dominant sign language of Deaf Americans, including deaf communities in the United States, in the English-speaking parts of Canada, and in some regions of Mexico.

A **sign language** (also **signed language**) is a language which, instead of acoustically conveyed sound patterns, uses visually transmitted sign patterns (manual communication, body language) to convey meaning—simultaneously combining hand shapes, orientation and movement of the hands, arms or body, and facial expressions to fluidly express a speaker's thoughts.

Like other sign languages, its grammar and syntax are distinct from any spoken language, including English.

Certified interpreters have completed formal training curriculum by an industry recognized organization and have **successfully passed a credentialed test to certify their language capabilities**. Most states have certification programs and testing for interpreters. The *Registry of Interpreters for the Deaf, Inc., (RID*)* is the main interpreter certification organization. CGS certified linguists have a minimum of 5 years interpretation experience AND a University Degree, and have received additional quality verification including language assessments to ensure that they meet Carmazzi's high expectations for quality, professionalism and customer service.

There are two types of ASL interpretation: **Simultaneous and Consecutive**.

**Simultaneous Interpretation** requires interpreters to listen and sign, or watch and speak, at the same time. The interpreter begins to convey a sentence in the target language while listening or watching the message being delivered in the source language. This type of interpreting happens most commonly in business meetings, college classes or conferences.
In contrast, **Consecutive Interpretation** begins only after the speaker has spoken or signed a sentence or paragraph. Interpreters may need to take notes to assist in the process of creating a coherent accurate translation. This form of interpretation is used most often for witness testimony in legal settings or in a one-on-one meeting such as with a doctor, social worker or counselor.

In both simultaneous and consecutive interpreting, the interpreter sits in proximity to the English speaker to allow the deaf person to see the interpreter as well as the facial and body expressions of the English speaker.
Because of the need for a high degree of concentration in both types of interpretation and because of the physical demands of the work, interpreters often work in pairs, with each interpreting 20- to 30-minute segments.